IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-161-GCM

| | |
|---|---|
| BLYTHE DEVELOPMENT CO., )<br>                    Plaintiff, )<br>v.                            )<br>                              )<br>ZURICH AMERICAN INSURANCE )<br>COMPANY, et al, )<br>                  Defendants ) | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** on the Application for Admission to Practice *Pro Hac Vice* concerning **Blake A. Palmer**, filed March 15, 2012 [doc.# 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Palmer is admitted to appear before this court *pro hac vice* on behalf of Defendant Crum & Forster Insurance Company.

**IT IS SO ORDERED.**

Signed: March 16, 2012

Graham C. Mullen
United States District Judge