IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-161-GCM

BLYTHE DEVELOPMENT CO., )
                Plaintiff, )
    v. )    ORDER GRANTING
      )    ADMISSION PRO HAC VICE
ZURICH AMERICAN INSURANCE )
COMPANY, et al, )
                Defendants )

**THIS MATTER IS BEFORE THE COURT** on the Application for Admission to Practice *Pro Hac Vice* concerning **Blake A. Palmer**, filed March 15, 2012 [doc.# 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Palmer is admitted to appear before this court *pro hac vice* on behalf of Defendant Crum & Forster Insurance Company.

**IT IS SO ORDERED.**

                                              Signed: March 16, 2012

                                              Graham C. Mullen
                                              United States District Judge