IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-161-GCM

| | |
|---|---|
| BLYTHE DEVELOPMENT CO., ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| ZURICH AMERICAN INSURANCE ) | |
| COMPANY, et al, ) | |
| Defendants ) | |

**THIS MATTER IS BEFORE THE COURT** on the Application for Admission to Practice *Pro Hac Vice* concerning **Denise Marra DePekary**, filed March 15, 2012 [doc.# 8].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. DePakary is admitted to appear before this court *pro hac vice* on behalf of Defendant Crum & Forster Insurance Company.

**IT IS SO ORDERED.**

Signed: March 16, 2012

Graham C. Mullen
United States District Judge