IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-161-GCM

BLYTHE DEVELOPMENT CO.,
    Plaintiff,
v.

ZURICH AMERICAN INSURANCE
COMPANY, et al,
    Defendants

ORDER GRANTING
ADMISSION PRO HAC VICE

**THIS MATTER IS BEFORE THE COURT** on the Application for Admission to Practice *Pro Hac Vice* concerning **Denise Marra DePekary**, filed March 15, 2012 [doc.# 8].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. DePakary is admitted to appear before this court *pro hac vice* on behalf of Defendant Crum & Forster Insurance Company.

**IT IS SO ORDERED.**

Signed: March 16, 2012

Graham C. Mullen
United States District Judge